UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 14 B 17902
CHAPTER 13

Clyde Davis Jr

JUDGE JACK B SCHMETTERER

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JPMORGAN CHASE BANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 16 | XXXXXX9530 | $229.44 | $229.44 | $229.44 |
| Total Amount Paid by Trustee | | | | | $229.44 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-17902-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 20th day of March, 2019.

Debtor:
Clyde Davis Jr
820 N Austin # 1NW
Oak Park, IL 60302

Attorney:
ERNESTO D BORGES JR
105 W MADISON 23RD FLR
CHICAGO, IL 60602
via Clerk's ECF noticing procedures

Creditor:
JPMORGAN CHASE BANK
3415 VISION DR
OH4-7126
COLUMBUS, OH 43219

Mortgage Creditor:
JPMORGAN CHASE BANK NA
% MANLEY DEAS KOCHALSKI
LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

Mortgage Creditor:
JPMORGAN CHASE
% HEAVNER SCOTT
PO BOX 740
DECATUR, IL 62525

Creditor:
CHASE MANHATTAN MORTGAGE
CORP
3415 VISION DR
COLUMBUS, OH 43219-2106

ELECTRONIC SERVICE - United States Trustee

Date: March 20, 2019

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603